ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                          )
                                                     )
Vectrus Systems Corporation                          )     ASBCA No. 62931
                                                     )
Under Contract No. FA3002-17-C-0001                  )

APPEARANCES FOR THE APPELLANT:        Daniel B. Abrahams, Esq.
                                       Howard A. Wolf-Rodda, Esq.
                                        Abrahams Wolf-Rodda, LLC
                                        Potomac, MD

APPEARANCES FOR THE GOVERNMENT:        Jeffrey P. Hildebrant, Esq.
                                        Air Force Deputy Chief Trial Attorney
                                       Lt Col Matthew Ramage-White, USAF
                                        Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE THRASHER

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $1,068,994.11. Interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 from August 11, 2020 until date of payment.

Dated: September 21, 2021

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                      I concur


RICHARD SHACKLEFORD                           J. REID PROUTY
Administrative Judge                          Administrative Judge
Vice Chairman                                 Vice Chairman
Armed Services Board                          Armed Services Board
of Contract Appeals                           of Contract Appeals


     I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA No. 62931, Appeal of Vectrus
Systems Corporation, rendered in conformance with the Board's Charter.

     Dated:  September 27, 2021


PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals